71,706-06

January 23, 2015

To: The Honorable Clerk of the Texas Court of Criminal Appeals:

In re: Applicant's Amended Application for Writ of Habeas Corpus pursuant to Art. 11.073, Tex. Code Crim. Proc. Cause No. 2004-405,843-F

Greetings Clerk, here enclosed you will please find Applicant's Objections to trial court's findings of fact and conclusions of law in cause no. 2004-405,843-F.

Please file said Objections w/ attachment A, and present such to Honorable Court on its first day of business. As well, here enclosed you will please find copy of this letter. Please file stamp for record showing Objections to be received, filed, and presented to Court.

Please return said copy to me in self addressed stamped envelope enclosed. I Thank you for your time and await your reply.

Respectfully Submitted,

Edward Lee Martinez

Edward Lee Martinez #1253933
Robertson 18-T-71
12071 FM 3522
Abilene, Texas 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

Cause No. 2004-405,843-F

EX PARTE

§ IN THE 137th DISTRICT COURT

§ OF

Edward Lee Martinez

§ LUBBOCK COUNTY TEXAS

APPLICANT'S OBJECTIONS TO THE TRIAL COURTS
FINDINGS OF FACT AND CONCLUSIONS OF LAW IN THE ABOVE
ENTITLED CAUSE

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Applicant files this his Objections to the trial court's Findings of Fact and Conclusions of Law in the above entitled cause. This is not a subsequent writ of habeas corpus.

The State even concedes that it is an "Amended Application for Writ of Habeas Corpus pursuant to Article 11.073, Texas Code of Criminal Procedure. Please see attached A at #6.

The claims presented in writ cause no. 2004-405,843-F could NOT have been presented in any previous writ filed by Applicant because it was not until October 2014 that the National Academy of Sciences released its findings-report. This is NOT a subsequent writ as construed by the trial court. Applicant has met all the requirements of Art. 11.073.

Applicant prays this Court of Criminal Appeals grant relief and rule on all four (4) grounds because they do fall within TEX. CODE CRIM. PROC. ANN. art. 11.07 § 4(a) and 11.073

Respectfully Submitted,

Edward Lee Martinez

Date: January 23, 2015

1

## CERTIFICATE OF SERVICE

I, Edward Lee Martinez, hereby swear under penalty of perjury that a copy of <u>Applicant's Objections to trial court's Findings of Fact and Conclusions of Law</u> was mailed to the Clerk of the Texas Court of Criminal Appeals (Hon. Louise Pearson - Hon. Abel Acosta) on this 26th day of January 2015.

Date: January 23, 2015               Edward Lee Martinez


In Re: <u>Amended Application for a Writ of Habeas Corpus pursuant to Article 11.073, Tex. Code Crim. Proc.</u>

2

NO. 2004-405,843-F                    137th DISTRICT COURT

EX PARTE                              OF

EDWARD LEE MARTINEZ                   LUBBOCK COUNTY, TEXAS


**Volume I of I**

**INDEX**

PAGE

1. CAPTION ........................................................................................................................1

2. APPLICATION FOR A WRIT OF HABEAS CORPUS SEEKING RELIEF FROM FINAL FELONY CONVICTION UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07.....3

3. EXHIBITS (A through Z2)..............................................................................................21

4. STATE'S PROPOSED CONVICTING COURT'S FINDINGS OF FACT, CONCLUSIONS OF LAW, AND RECOMMENDATIONS TO THE COURT OF CRIMINAL APPEALS ON APPLICANT'S ART. 11.07 APPLICATION FOR WRIT OF HABEAS CORPUS...................50

5. FINDINGS OF FACT AND CONCLUSIONS OF LAW........................................................55

6. APPLICANT'S OBJECTION TO FINDINGS OF FACT, CONCLUSIONS OF LAW, AND RECOMMENDATIONS TO THE COURT OF CRIMINAL APPEALS ON APPLICANT'S ART. 11.073 AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS, T.C.C.P., ARTICLE 11.073.............................................................................................................58

7. CERTIFICATION ...........................................................................................................59

A.

January 23, 2015

To: The Honorable Clerk of the Texas Court of Criminal Appeals:

In re: Applicant's Amended Application for Writ of Habeas Corpus pursuant to Art. 11.073 Tex. Code Crim. Proc.

Cause No. 2004-405,843-F

Greetings Clerk, here enclosed you will please find Applicant's Objections to trial courts findings of fact and conclusions of law in cause no. 2004-405,843-F.

Please file said Objections w/ attachment A, and present such to Honorable Court on its first day of business. As well, here enclosed you will please find copy of this letter. Please file stamp for record showing Objections to be received, filed, and presented to Court.

Please return said copy to me in self addressed stamped envelope enclosed. I Thank you for your time and await your reply.

Respectfully Submitted,

Edward Lee Martinez

Edward Lee Martiniz #1253933
Robertson 18-T-71
12071 FM 3522
Abilene, Texas 79601

Cause No. 2004-405,843-F

EX PARTE                          § IN THE 137ᵗ DISTRICT COURT

                                  § OF

Edward Lee Martinez                § LUBBOCK COUNTY TEXAS

APPLICANT'S OBJECTIONS TO THE TRIAL COURT'S
FINDINGS OF FACT AND CONCLUSIONS OF LAW IN THE ABOVE
ENTITLED CAUSE

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Applicant files this his Objections to the trial court's Findings of Fact and Conclusions of Law in the above entitled cause. This is not a subsequent writ of habeas corpus.

The State even concedes that it is an "Amended Application for Writ of Habeas Corpus pursuant to Article 11.073, Texas Code of Criminal Procedure. Please see attached A at #6.

The claims presented in writ cause no. 2004-405,843-F could NOT have been presented in any previous writ filed by Applicant because it was not until October 2014 that the National Academy of Sciences released its findings report. This is NOT a subsequent writ as construed by the trial court. Applicant has met all the requirements of Art. 11.073.

Applicant prays this Court of Criminal Appeals grant relief and rule on all four (4) grounds because they do fall within TEX. CODE CRIM. PROC. ANN. art. 11.07 § 4 (a) and 11.073

Respectfully Submitted,

Edward Lee Martinez

Date: January 23, 2015

1

## CERTIFICATE OF SERVICE

I, Edward Lee Martinez, hereby swear under penalty of perjury that a copy of Applicants Objections to trial courts Findings of Fact and Conclusions of Law was mailed to the Clerk of the Texas Court of Criminal Appeals (Hon. Louise Pearson - Hon. Abel Acosta) on this 26th day of January 2015.

Date: January 23, 2015                    Edward Lee Martinez


In Re: Amended Application for a Writ of Habeas Corpus pursuant to Article 11.073, Tex. Code Crim. Proc.

2